FILED
CLERK, U.S. DISTRICT COURT
APR 29 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. KAREN POGOSIAN DEFENDANT(S). | CASE NUMBER SA16-180M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Thursday, May 5, 2016__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Scott__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __4/29/16__

_/s/ M. J. Scott_
U.S. ~~District Judge~~/Magistrate Judge
KAREN E. SCOTT